## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

CHARLES DANIELS GREEN                                                    PLAINTIFF
ADC #113257

V.                              No. 2:22-CV-00083-BSM-JTR

GARY KERSTEIN,
Health Care Provider, Wellpath, *et al.*                                DEFENDANTS

## ORDER

On December 23, 2022, the summons issued to Defendant Dr. Mohammad
Kashiff ("Dr. Kashiff"), through the Humphries, Odum & Eubanks law firm, was
returned unexecuted, along with a letter from attorney Michelle Odum explaining
that her firm could not accept service for Dr. Kashiff because he "is a provider
outside the prison system in Pine Bluff, Arkansas and is not a Wellpath employee."[1]
*Doc. 12.*

Thus, on December 28, 2022, the Court gave Plaintiff Charles Daniels Green
("Green") until March 28, 2023 to file a Motion for Service that provides a valid
service address for Dr. Kashiff. *Doc. 13*.

On January 13, 2023, Green provided an updated service address for Dr.
Kashiff. *Doc. 15*. The Court construes this filing as Green's Motion for Service,

---

[1] The Humphries, Odum & Eubanks law firm represents Wellpath, the contract medical
provider for the Arkansas Division of Correction ("ADC").

1

which will be granted, with service to be reissued to Dr. Kashiff at the new address provided by Green.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to redesignate Docket Entry 15 as Green's Motion for Service.

2.      Green's Motion for Service (*Doc. 15*) is GRANTED.

3.      The Clerk is directed to issue a new summons for Dr. Kashiff. The United States Marshall is direct to serve the summons, Complaint (*Doc. 2*), Amended Complaint (*Doc. 3*), and this Order on Dr. Kashiff at the new address provided by Green: 1801 West 40th Avenue, Suite 7A, Pine Bluff, Arkansas 71603.

DATED this 17th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE