# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**CHARLES DANIELS GREEN**                                                              **PLAINTIFF**
**ADC #113257**

v.                     **CASE NO. 2:22-CV-83-BSM-JTR**

**GARY KERSTEIN, Health Care Provider,**
**Well Path; TRACY BENNETT, APN,**
**Heath Care Provider, Well Path; and**
**MUHAMMAD KASHIF, Nephrologist**                                   **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 36] is adopted as follows: (1) the motion for partial summary judgment of Gary Kerstein and Tracy Bennett [Doc. No. 17] is granted in part, and Green may proceed on his deliberate indifference claims related to the May 7, May 18, August 6, and August 24, 2021 provider visits, but all other claims against Kerstein and Bennett are dismissed without prejudice; (2) Green's motion to voluntarily dismiss Muhammad Kashif [Doc. No. 35] is granted and his claims against Kashif are dismissed with prejudice, and Kashif is terminated as a party; and (3) Kashif's motion for summary judgment [Doc. No. 27] is denied as moot.

IT IS SO ORDERED this 11th day of September, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE