IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHARLES DANIELS GREEN**                                      PLAINTIFF
*ADC #113257*

V.                          CASE NO. 2:22-cv-00083-BSM

**GARY KERSTEIN**, *et al*                                    DEFENDANTS

## ORDER

Having reviewed the record carefully, Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 55] is adopted. Defendants' motion for summary judgment [Doc. No. 44] is granted and Charles Green's remaining claims are dismissed with prejudice.

IT IS SO ORDERED this 5th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE