# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**CHARLES DANIELS GREEN**  **PLAINTIFF**
*ADC #113257*

V.                     CASE NO. 2:22-cv-00083-BSM

**GARY KERSTEIN,** *et al*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 5th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE